# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTOINE MOSLEY, | ) |
| Plaintiff, | ) ) 2:10-cv-00917-JCM-LRL |
| v. | ) |
| FISK ELECTRIC COMPANY, | ) **O R D E R** |
| Defendant. | ) |

Before the court is plaintiff's Motion to Allow Two Additional Interrogatories to Defendant FISK ELECTRIC COMPANY (#22). Defendant filed a Notice of No Opposition to plaintiff's Motion for Additional Discovery Responses (#24).

THEREFORE, IT IS ORDERED that plaintiff's Motion to Allow Two Additional Interrogatories to Defendant FISK ELECTRIC COMPANY (#22) is hereby GRANTED.

IT IS FURTHER ORDERED that defendant shall provide to plaintiff its responses to the two additional interrogatories Nos. 26 and 27 within thirty (30) days of the filing of this Order.

DATED this 15th day of March, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**