Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
(702) 938-3838

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE MOSLEY,<br><br>    Plaintiff,<br><br>v.<br><br>FISK ELECTRIC COMPANY, a Texas Corporation,<br><br>    Defendant. | Case No. 2:10-cv-917<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff **ANTOINE MOSLEY,** by and through his counsel, James P. Kemp, Esq., of the law firm Kemp & Kemp Attorneys at Law, that all of his claims and the entire action against Defendant **FISK ELECTRIC COMPANY**, by and through its counsel, David J. Larson, Esq., and Rosemary Missisian, Esq., of the law firm WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC, are **HEREBY DISMISSED WITH PREJUDICE** with all parties to bear their own fees and costs.

| | |
|---|---|
| Date: July 21, 2011<br><br>/s/ James P. Kemp<br>James P. Kemp, Esq.<br>Kemp & Kemp, Attorneys At Law<br>7435 W Azure Drive<br>Suite 110<br>Las Vegas, Nevada 89130<br>*Attorneys for Plaintiff* | Date: July 21, 2011<br><br>*Rosemary M[signature]*<br>Rosemary Missisian, Esq.<br>WEINBERG, WHEELER, HUDGINS,<br>   GUNN & DIAL, LLC<br>6385 S. Rainbow Blvd., Suite 400<br>Las Vegas, NV 89118<br>*Attorneys for Fisk Electric Company* |

*Antoine Mosley v Fisk Electric Company*
Case: 2:10-cv-917
**STIPULATION AND ORDER DISMISSING**
**PLAINTIFF'S CLAIMS WITH PREJUDICE**

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: August 10, 2011

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
(702) 938-3838